UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELINA SAMPSON, an individual, BRODIE KNOX, an individual, and MATTHEW JOHNSON, an individual, Plaintiffs for themselves and on behalf of all others similarly situated,<br><br>and<br><br>RICHARD LANDRETH, an individual, Plaintiff for himself and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JELD-WEN, INC., an Oregon Corporation doing business in Washington State,<br><br>        Defendant. | No. CV-15-3025-LRS<br><br>**ORDER RE STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER** |

The parties have filed a "Stipulated Motion For Entry Of Protective Order." (ECF No. 11).

The court has developed concerns about entering protective orders that may result in the sealing of materials which do not justify that protection. While the court fully recognizes the right of the parties to enter into private agreements concerning the discovery, retention and inadvertent disclosure of otherwise confidential information, the court need not be a party to the agreement. Accepting the joint

**ORDER RE STIPULATED MOTION
FOR ENTRY OF PROTECTIVE ORDER- 1**

representation of the parties that sensitive information may be exchanged, to the extent either party concludes it is necessary to provide the court with copies of otherwise confidential materials to be considered in connection with issues coming before the court, such documents should be filed separately under seal with a courtesy copy sent to chambers.  If an issue arises concerning discovery, dissemination or use of such materials by either party, an appropriate motion can be noted for hearing.

Accordingly, the "Stipulated Motion For Entry Of Protective Order" (ECF No. 11) is **DENIED**.

**IT IS SO ORDERED**.  The District Executive is directed to enter this order and forward copies to counsel.

**DATED** this     16th     of July, 2015.

*s/Lonny R. Suko*
LONNY R. SUKO
Senior United States District Judge

**ORDER RE STIPULATED MOTION
FOR ENTRY OF PROTECTIVE ORDER- 2**